# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> T/N: Lillian Aguilar de la Serna <br> aka: Maria Arroyo-Huerta <br> Defendant(s) | CRIMINAL NO. 08CR0835-JM <br> ORDER 08mj0726 <br> RELEASING MATERIAL WITNESS <br> Booking No. 07469298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Jose Galvan-Salmeron

DATED: 3-20-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk

RECEIVED _____
DUSM

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                         ☆ U.S. GPO: 2003-581-774/70082